AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
ALLISON JEANNE ALBRO

*Defendant(s)*

Case No. 6:26-mj-2238

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 29, 2026 in the county of Volusia in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 871 | Threats against the President and successors of the Presidency |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

John Rolander, Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 11/2/2026

[signature]

City and state: Orlando, Florida

Chauncey A. Bratt
United States Magistrate Judge

**STATE OF FLORIDA** **CASE NO. 6:26-mj-** 2238

**COUNTY OF ORANGE**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Rolander, being first duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the United States Secret Service (USSS) and have been so employed since August 2004. My assigned duties include the investigation of federal criminal offenses, including threats directed towards current and former protectees of the USSS. This includes threatening communications in violation of 18 U.S.C. § 875, threats against the President and successors of the Presidency in violation of 18 U.S.C. § 871, as well as threats against former Presidents and certain other persons protected by the USSS covered by 18 U.S.C. § 879, and related crimes.

2. I have been trained in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. I have also received training on criminal violations at various conferences and venues.

3. I submit this affidavit in support of a criminal complaint charging Allison ALBRO ("**ALBRO**"), a U.S. citizen who resides in Daytona Beach in

the Middle District of Florida, with transmitting written threats to kill the President of the United States, in violation of 18 U.S.C. § 871.

4. The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

**PROBABLE CAUSE**

5. On or about October 29, 2026, at approximately 1843 hours, Instagram user "Ren / @strxw.bebbie" posted the following statement and image, depicting **ALBRO**:



6. The FBI received a voluntary emergency disclosure of information from Meta, of Instagram user @strxw.bebbie, later identified as Allison Jeanne ALBRO, regarding the death threat to the President of the United States. The emergency disclosure to the FBI provided the following information for Instagram user "@strxw.bebbie":

Name: Allison Jeanne ALBRO

Address: [redacted] Tranquilo Ln, Daytona Beach, FL 322124

DOB: X/XX/2005

Phone: [redacted]-9598

IP Address: 2603: 900b: b000: 8c5d: eb58: 9eef: c268

7. I contacted the Volusia County Sheriff's Office (VCSO) and provided them with this information. VCSO determined the provided IP Address was issued by Charter Communications. An exigent subpoena request was submitted by VCSO and shortly thereafter, an address of 3129 Tranquilo Lane, Daytona Beach, FL was provided by Charter Communications, which matches the address linked to ALBRO provided by Meta.

8. VCSO performed several law enforcement database searches on the telephone number provided by Meta and was able to confirm this telephone number matches the listed number for ALBRO. Several additional

law enforcement database checks verified ALBRO lives at the above-mentioned address.

9. On October 29, 2026, the VCSO and USSS went to [redacted] Tranquilo Lane, Daytona Beach, FL where they located **ALBRO** and conducted a consensual non-custodial interview with her. The entire interview was recorded on a VCSO body worn camera. During the VCSO interview, **ALBRO** was emotionally upset and began crying when she initially began speaking with officers. She stated she already knew why law enforcement was there to talk to her and VCSO presented her with a physical photo of the threat, which she admitted to posting. She advised her mother had already called her about it, at which time she took the post down from her social media account. **ALBRO** advised the post was a joke and was apologetic. She stated she does not own a Glock and does not like guns. She also advised she does not like Trump, but she was not going to shoot anyone. **ALBRO** then verified her residence has Spectrum Internet (Charter Communications) and also confirmed her cellphone number to be [redacted]-9598, which is assigned to her iPhone. She also confirmed the Instagram account "@strxw.bebbie" belongs to her and she has had it for a long time.

10. All parties at the residence gave law enforcement permission to search the residence for firearms, which yielded negative results. ALBRO was

then taken into custody without incident for state violations related to the threat.

**CONCLUSION**

11. Based on the foregoing information, I respectfully submit that probable cause exists to believe that Allison ALBRO knowingly transmitted in interstate commerce a true threat to injure the person of another, in violation of 18 U.S.C. § 871.

John Rolander
Special Agent
U.S. Secret Service

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 2nd day of November 2026.

Chauncey A. Bratt
United States Magistrate Judge